**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:08-cr-292-GMN-PAL |
| JOSE LOPEZ-BUELNA, ) | |
| Defendant. ) | **ORDER** |

The Court having granted Robert M. Draskovich, Jr. Esquire's "Motion to Withdraw as Counsel" (#40) and good cause appearing;

IT IS HEREBY ORDERED that Robert Story, Esq. is appointed as counsel for Jose Lopez-Buelna in place of Mr. Draskovich for all future proceedings.

IT IS FURTHER ORDERED that Mr. Draskovich shall forward the file to Mr. Story forthwith.

DATED this ___14th___ day of July, 2011.

Nunc Pro Tunc: July 12, 2011.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE